Jose VALENZUELA *v.* STATE of Arkansas

CR 03-373                                                   113 S.W.3d 80

Supreme Court of Arkansas
Opinion delivered June 12, 2003

*Ralph J. Blagg*, for appellant.

No response.

PER CURIAM. Appellant Jose Valenzuela, by and through his attorney, Ralph J. Blagg, has filed a motion for rule on the clerk. Attorney Blagg states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.

CORBIN, J., not participating.